UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARQUISE MOORE,

Plaintiff,

-against-

WESTCHESTER DOC; WESTCHESTER COUNTY HOSPITAL; WELLPATH,

Defendants.

26-cv-3268 (LLS)

CIVIL JUDGMENT

For the reasons stated in the July 01, 2026, order, this action is dismissed for failure to state a claim on which relief may be granted.

SO ORDERED.

Dated: September 2, 2026
New York, New York

/s/ Louis L. Stanton

LOUIS L. STANTON
United States District Judge